UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 26  P 4: 07

US DISTRICT COURT
HARTFORD CT

KARL PAUL

v.

DEPARTMENT OF CORRECTION

CASE NO. 3:03CV428 (AWT)

## JUDGMENT

This action came on for consideration of the plaintiff's complaint before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and filed a ruling dismissing the complaint without prejudice to the filing of an amended complaint no later than January 9, 2004, (provided the plaintiff can identify individual defendants involved in the alleged violation of his constitutional rights), and denied the motion for appointment of counsel.

Accordingly, it is ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Department of Correction, and this case is dismissed. Should the plaintiff file an amended complaint by January 9, 2004, the clerk will reopen the file.

Dated at Hartford, Connecticut, this 26th day of November, 2003.

KEVIN F. ROWE, Clerk

By *Sandra Smith*
Sandra Smith
Deputy Clerk

EOD _____