UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Karl Paul
257952

  v.

Department of Corrections
State of Connecticut

Civil No. 3:03CV428(AWT)

date: 01-16-04

## MOTION FOR APPOINTMENT OF COUNSEL

  WHEREFORE; the Plaintiff, Karl Paul, has filed an Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to have this Honorable Court rehear the Plaintiff's complaint filed under Title 42 USC Section 1983 to redress deprivation of rights under color of state law of rights secured by the Eighth and Fourteenth Amendments to the United States Constitution. That Plaintiff, Karl Paul, does hereby move to and request that this Honorable Court hear the following motion:

### MOTION

1.  The Plaintiff, Karl Paul, requests this Honorable Court to appoint counsel for the purpose of represnting Plaintiff in all matters relevant to this action.

### FACTS

2.  The Palintiff, Karl Paul, is a citizen of the United States and a resident of the State of Connecticut and at least 18 years of age. At all times relevant to this action, he was a Connecticut sentenced inmate under the care and custody of the Connecticut Department of Corrections. The Plaintiff is presently incarcerated at Brooklyn Correctional Institution.

3.  ThaT Plaintiff, Karl Paul, at all times relevant, was without income other that $35.00 per month prison "pay" for prison "work".

4.  That Plaintiff, Karl Paul, is, for pursposes relevant to this complaint, indigent.

          RESPECTFULLY SUBMITTED
          THE PLAINTIFF

01-16-04
date:

*Karl-Paul*
KARL PAUL, Pro Se
257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, Connecticut 06234

## CERTIFICATION

This to certify that a copy of the foregoing was mailed to all counsel of record on this _16_ day of _January_ :

Stae of Connecticut

Assistant Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, Connecticut 06105

                                                    _Karl-Paul_
                                                    Karl Paul, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MOTION

WHEREFORE; the Palintiff requests this Honorable Court to grant and appoint counsel to represent Plaintiff in all matters relevant to this action.

GRANTED _____

~~DENIED~~ _____

date: _____

_____
Hon. Alvin W. Thompson
United States District Judge
District of Connecticut