UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP -3  P 12: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| Karl - Paul | : Civil case 3:03CU428(AWT) |
| | : |
| V. | : |
| | : |
| Peter - Matos | : MOTION TO REOPEN |
| Deputy Commissioner | : |
| | : |
| | : |

AMENDED COMPLAINT

Pursuant to rule 15(a) of the F.R.C.P., this is an amended complaint filed under Title 42 USC Section 1983 to redress deprivation of rights under the color of state law of rights secured by the Eighth and Fourteenth Amendments to the United States Constitution.

JURISDICTION

1. This action arose under and is brought pursuant to 42 USC 1983 to remedy the deprivation, under color of law, of the rights guaranteed by the Eight and Fourteenth Amendments to the United States Constitution.

2. Jurisdiction to provide declaratory relif is conferred on this court by 28 USC 2201-2202, rule 57 of the Federal Rules of Civil Procedure.

3 Jurisdiction to provide injuctive relief is conferred on this court by 28 USC 1361 and rule 65 of the Federal Rules of Civil Procedures.

4. The PLaintiff is a resident of the United States of America and a resident of the State of Connecticut and at least 18 years of age. At all times relevant to this complaint, he was a Connecticut sentenced inmate under the care and custody of the Connecticut Department of Corrections. He is presently incarcerated at Brooklyn Correctional Institution.

5. DEfendant Gary Bassett, mailroom supervisor at Brooklyn Correctional Institution, Dennis Jones, Director Security Division, and unnames members of the Department of Corrections Publications Review Committee, et. al., at all times relevant to this complaint, where are employees of the Department of Corrections and under the color Code of Law, are responsible for distribution of all posted mail, magazines and other publications, and all other operations relevant to the distribution of mailed items.

6. The Defedants, Gary Bassett, Dennis Jones, and unnamed members of the Publication review committee, et. al., were at all times relevant to this complaint, responsible for administering, and overseeing the policies, practices and procedures of the Department of Corrections.

7. The Defendants, Gary Bassett, Dennis Jones, et. al., are being sued in their individual and official capacities.

8. Plaintiff was an inmate at Brooklyn Correctional Institution under the care and control of the Department of Corrections

9. The Plaintiff requested permission to order a specific magazines from the Department of Corrections.

10. The Counselor Ms. Beth Jankowski and the Counselor Supervisor here at Brooklyn Correctional Institution approved of Plaintiff request for specific magazines. The Department of Corretion subsequently withdrew from Plaintiff's account sufficient funds to pay in full the cost of the approved magazines.

11. The Plaintiff had received in the past and for some time the same magazines "John Stagliano's Buttman" adult magazines and the approved order was sent out to Paper Wings Publication for some more magazines.

12. That according to the State of Connecticut, Department of Corrections Administrative Directive 10.7, magazines will only be prohibited if"...that show under age persons, beastiality, use of force or bondage."

13. As pro forma proof, Defendant allowed "Buttman Vol.2 No.3 and so on into the facility, delivered to the Plaintiff.

14. That "buttman Vol.2 No.3 and so on contained photographs of penis-vaginal, penis-anal, penis-oral penetration.

15. That Defendants knew of the content of the "buttman" Publication when they approved the Plaintiff's request for the order of those magazines.

16. That Defendants,after approving the Plaintiff's request for the order of those magazines, and removing funds from his Inmate Trust Fund account for paid magazines, and then refused to allow the magazines into the facility and to the Plaintiff.

## LEGAL CLAIM

17. Pursuant to the facts in the complaint, the Defendants acts constitute deprivation and violation of the Plaintiff's constitutional rights. Said acts and/or omissions were carried out in contradiction to the rules, regulations, customs policies and practices by the Defendants in their capacity as employees of the Department of Corrections and that the names and unnames Defendants, et. al., acting under color of state law, knowingly caused Plaintiff to be deprived of his Federal Constitutional rights and secured under Title 42 Section 1983.

## FIRST CAUSE OF ACTION

18. Paragraphs 1-17 and reasserted and realleged as fully set forth here in.

19. Defendants failure to allow previously allowed publications to be distributed to the Plaintiff after pre-approval of said order magazines constitutes deliberate indifference to the rights of the Plaintiff under the Eighth and Fourteenth Amendments to the United States Constitution.

20. Paragraphs 1-19 reasserted and realleged as fully set forth here in.

21. Defendants deprived the Plaintiff of money without due process in violation of the Eight and Fourteenth Amendments of the United States Constitutions.

## REQUESTED RELIEF

Wherefore, Plaintiff respectfully requests that this court order a judgement granting him:

1. A declaratory judgement that the Defendants acts, policies, practices here in described and complained of violated Plaintiff's rights under the United States Constitution.

2. A declaratory judgement that the Defendants acted outside the scope of their duties and jurisdiction and purposely when they deprived the Plaintiff of his right to:

       a. receive publications pre-approved by the Department of Corrections.

       b. receive publications pre-paid by the Plaintiff.

       c. Freedom from equal protection of the law.

3. Compensatory damages against each and every Defendandant in their individual as well as official capacities in the amount equal to lost revenue by the Plaintiff.

4. Punitive damages to be determined by this court.

5. Such other and further relief that the court deems to be appropriate and just.

Date: 09-01-04

Respectfully Submitted.
The Plaintiff.

*Karl - Paul*

Karl - Paul 257952
Brooklyn Correctional Inst.
59 Hartford Road
Brooklyn, CT. 06234