UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB -1 P 3: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Karl - Paul
Name of Plaintiff/Petitioner

v.

Mr. Peter - Matos
Mr. Gary - Bassett
Mr. Dennis - Jones
~~Ms. Beth - Janekowski~~
Name of Defendant/Respondent

Case No. 3:03CV428(AWT)

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Karl - Paul

   Your present mailing address: Brooklyn Correctional Institution

   59 Hartford Road / Brooklyn, CT. 06234

   Telephone number: (   )

2. Are you presently employed? YES _x_  NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. Brooklyn Correctional Inst.

   59 Hartford Road / Brooklyn, CT. 06234

   Weekly earnings: $ 8.75

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

   Date last worked: _____

   Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? $ 8.75

   b) interest, dividends, rents or investments of any kind? none

   c) gifts or inheritances of any kind? none

6. How much money do you have in any checking or savings account(s)?

   Checking: none

   Savings: none

   Prison account: $ 14.00

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _x_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? none

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                         AMOUNT OWED

9. List the persons who depend upon you for support, and state your relationship to them.

   _none_

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO __x_

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _I am incarcerated at the moment and I have no money to pay for a lawyer to represent me in a court of law. I would really appreciate your help finding me a lawyer please._

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _I've followed the proper chain of commend to order some magazines which I have been purchasing_

(Additional space on next page)

before with no problem and all of the sudden without any warning or any changes in the administrative directive 10.7 they just decided to hold on to my magazines. Until they finally decided to rejected them.

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES _x_ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Law Offices of Wahla & Associates_

   Date you contacted this attorney _12-08-04_

   Method of contact (in person, by telephone, etc.) _writing them a letter_

   Reason why attorney was not employed to handle your case _I haven't get a response from them yet._

   b) Attorney's name _University of Connecticut Law School Civil Clinic_

   Date you contacted this attorney _12-08-04_

   Method of contact (in person, by telephone, etc.) _writing them a letter_

   Reason why attorney was not employed to handle your case _I haven't get a response back from them yet._

   c) Attorney's name _Quinnipiac College School of Law Civil Clinic_

   Date you contacted this attorney _12-08-04_

Method of contact (in person, by telephone, etc.) <u>Writing them a letter</u>

Reason why attorney was not employed to handle your case <u>I haven't get a response back from them yet.</u>

15. Explain any other efforts you have made to obtain an attorney to handle your case.
<u>At the moment,I can't aford a lawyer to handle my case.So I've been asking around trying to find myself some of those Pro-Bono Program and some of my friends gave me a list of Pro-Bono Lawyers that could help me out and I have wrote to six of them so far I just didn't get a response yet.</u>

16. Please provide any other information which supports your application for the court to appoint counsel. <u>I will keep on trying to get myself one of these Pro-Bono Lawyer to represent me,so if you would help me out then I would really appreciate your help please.</u>

17. Do you need a lawyer who speaks a language other than English?
YES ___ NO _x_

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. <u>See</u> Local Rule 83.10(b) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

_12-27-04_  
Date

_Karl – Paul_  
Original Signature of Movant

_59 Hartford Road_

_Brooklyn, CT. 06234_

_KARL   PAUL_  
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Mr. Peter - Matos   24 Wolcott Hill Road / Wethersfield, CT. 06109

Mr. Gary - Bassett   59 Hartford Road / Brooklyn, CT. 06234

Mr. Dennis - Jones   24 Wolcott Hill Road / Wethersfield, Ct. 06109

Ms. Beth - Janekowski   24 Wolcott Hill Road / Wethersfield, CT. 06109

*Karl - Paul*
Original Signature of Movant

7

DEC 0 8 ████

3:03cv428(AWT)

TO: Law Offices of
    Wahla & Associates
    67 Russ Street
    Hartford, Ct. 06234

FROM: Karl Paul IM#257952

Dear persons,

I am writing to you today to ask you to concider representing me in the following matter:

1. I am looking to file a law suit in the matter of the D.O.C. and the Mailroom because of their disregard of the U.S. Constitutional rights that are afforded to Inmates in the State of Connecticut.

I was charged for postage and the over charges were due to a mailroom clerk who over-charged me several times and then he has misdirected my magazines on several occassions.

I also have a very serious matter which I would like to discuss with you via phone or in person.

                                              Respectfully Submitted

                                              Karl Paul #257952

                                              59 Hartford Rd.

                                              Brooklyn, Ct. 06234

                                              Brooklyn Corr. Inst.

                                              *Karl Paul* (signature)

TO: University of Connecticut
    Law School Civil Clinic
    65 Elizabeth Street
    Hartford, Ct. 06105

FROM: Karl Paul IM# 257952

Dear persons,

I am writing to you today to ask you to concider representing me in the following matter:

1. I am looking to file a law suit in the matter of the D.O.C. and the Mailroom because of their disregard of the U.S. Constitutional rights that are afforded to Inmates in the State of Connecticut.

I was charged for postage and the over charges were due to a mailroom clerk who over-charged me several times and then he has misdirected my magazines on several occassions.

I also have a very serious matter which I would like to discuss with you via phone or in person.

Respectfully Submitted

Karl Paul #257952

59 Hartford Rd.

Brooklyn, Ct. 06234

Brooklyn Corr. Inst.

*Karl-Paul* (signature)

TO: Quinnipiac College Scool of Law
    Civil Clinic
    275 Mt. Carmel Ave.
    Hamden, Ct. 06518

FROM: Karl Paul IM# 257952

Dear persons,

I am writing to you today to ask you to concider representing me in the following matter:

1. I am looking to file a law suit in the matter of the D.O.C. and the Mailroom because of their disregard of the U.S. Constitutional rights that are afforded to Inmates in the State of Connecticut.

I was charged for postage and the over charges were due to a mailroom clerk who over-charged me several times and then he has misdirected my magazines on several occassions.

I also have a very serious matter which I would like to discuss with you via phone or in person.

Respectfully Submitted

Karl Paul #257952

59 Hartford Rd.

Brooklyn, Ct. 06234

Brooklyn Corr. Inst.

*Karl Paul* (signature)

TO: Tegan Blackburn
9 Avonwood Rd.
Avon, Ct. 06001

FROM: Karl Paul IM# 257952

Dear persons,

I am writing to you today to ask you to concider representing me in the following matter:

1. I am looking to file a law suit in the matter of the D.O.C. and the Mailroom because of their disregard of the U.S. Constitutional rights that are afforded to Inmates in the State of Connecticut.

I was charged for postage and the over charges were due to a mailroom clerk who over-charged me several times and then he has misdirected my magazines on several occassions.

I also have a very serious matter which I would like to discuss with you via phone or in person.

Respectfully Submitted

Karl Paul #257952

59 Hartford Rd.

Brooklyn, Ct. 06234

Brooklyn Corr. Inst.

*Karl-Paul* (signature)

TO: Brown Paindiris & Scott
    100 Pearl Street
    Hartford, Ct. 06103

FROM: Karl Paul IM#257952

Dear persons,

I am writing to you today to ask you to concider representing me in the following matter:

1. I am looking to file a law suit in the matter of the D.O.C. and the Mailroom because of their disregard of the U.S. Constitutional rights that are afforded to Inmates in the State of Connecticut.

I was charged for postage and the over charges were due to a mailroom clerk who over-charged me several times and then he has misdirected my magazines on several occassions.

I also have a very serious matter which I would like to discuss with you via phone or in person.

Respectfully Submitted

Karl Paul #257952

59 Hartford Rd.

Brooklyn, Ct. 06234

Brooklyn Corr. Inst.

*Karl Paul*