UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KARL PAUL
                                                    PRISONER
    v.                         Case No. 3:03CV428(AWT)

DEPARTMENT OF CORRECTION, ET AL.

ORDER

Plaintiff, currently incarcerated at the Brooklyn Correctional Institution in Brooklyn, Connecticut, filed this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  He filed an second amended complaint on September 27, 2004.  He claims that in October 2002, defendants Jones and Bassett improperly rejected three magazines that he had ordered in September 2002.  He alleges that these actions violated his First Amendment rights.  He seeks declaratory relief and monetary damages.

The Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), requires an inmate to exhaust his administrative remedies before bringing a section 1983 action with respect to prison conditions.  The plaintiff does not address the exhaustion requirement in his complaint.  The Second Circuit has held that the district court should not dismiss a case sua sponte for failure to exhaust administrative remedies without affording the inmate notice and an opportunity to be heard.  See Snider v. Melindez, 199 F.3d 108, 112 (2d Cir. 1999).

Accordingly, plaintiff is directed to file a third amended complaint **within thirty days** of the date of this order. The amended complaint shall include the claims contained in the second amended complaint accompanied by evidence that plaintiff has exhausted his administrative remedies with respect to those claims. Failure to comply with this order and provide evidence of exhaustion of administrative remedies will result in the dismissal of this action.

SO ORDERED this 17th day of March, 2005, at Bridgeport, Connecticut.

```
            __/s/_____
            HOLLY B. FITZSIMMONS
            UNITED STATES MAGISTRATE JUDGE
```