April 27, 2005

FILED
2005 MAY -2  P 5:08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Mr. Karl - Paul 257952

Prisoner Case No.
3:03CV428(AWT)

VS.

Mr. Gary - Bassett
Mr. Dennis - Jones
Mr. Peter - Matos
Mrs. Beth - Janekowski

Motion For Extended Time.

I would really appreciated if you would like to give me an extention on that 30 days time limit I had to return the third amended complaint that you ask me to file from March 17 to April 17. I didn't have everything ready at the time to send them to you on time, but I am pretty sure if you do give me an extention on the time that you gave me to have everything ready and send it back in to you as soon as I can please.

Sincerely: Karl - Paul 257952

*Karl - Paul*