UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KARL PAUL
                                                    PRISONER
     v.                       Case No.  3:03CV428(AWT)

DEPARTMENT OF CORRECTION, ET AL.


RULING AND ORDER

   Plaintiff, currently incarcerated at the Brooklyn Correctional Institution in Brooklyn, Connecticut, filed this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  He filed an third amended complaint on April 29, 2005.  He claims that in October 2002, defendants Jones and Bassett improperly rejected three magazines that he had ordered in September 2002.  He alleges that these actions violated his First Amendment rights.

   The court notes that the plaintiff fails to include a prayer for relief in his complaint.  Rule 8(a), Fed. R. Civ. P., requires that a complaint contain three parts: a short and plain statement of the grounds upon which the jurisdiction of the federal court is based, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for the relief sought by the pleader.  Because the plaintiff fails to indicate what relief he seeks from the court, his complaint is defective.

   Accordingly, plaintiff is directed to file a fourth amended

complaint within thirty days of the date of this order.  The amended complaint shall include the claims contained in the third amended complaint and a prayer for relief.  Failure to comply with this order and provide a prayer for relief will result in the dismissal of this action without further notice from this court.  The plaintiff's Motion for Appointment of Counsel **[doc. # 12]** is **DENIED** without prejudice to renewal after the filing of the fourth amended complaint.  The Motion for Extension of Time [**doc. # 15**] to file amended complaint is **DENIED** as moot.

SO ORDERED this 14th day of September, 2005, at Bridgeport, Connecticut.

```
      ____/s/_____
      HOLLY B. FITZSIMMONS
      UNITED STATES MAGISTRATE JUDGE
```