United States District Court
District Of Connecticut

Mr. Karl - Paul   257952

Vs.

Dennis  - Jones
Gary    - Bassett
Beth    - Janekowski
Peter   - Matos

Prisoner
Case No. 3:03CV428(AWT)

FILED
2005 SEP 23 P 4:57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Motion For Extention of Time

I here by filing a motion for extention on the 30 days that you have giving me to file a fourth amended complaint. In the fourth amended complaint you ask me to make the same claim with the third amended complaint which you have in your posession. I've called the court clerk and ask them to send me the third amended complaint that way I will have an idea of what I am doing. AS soon as I receive the third amended complaint then I will do the fourth amended complaint and send it to you. Even after I get it done it still going to take another two weeks to paid for postage from Inmates Account Office to take the money of my account to send you the package.

Sincerely: Karl

Karl - Paul