## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
## CIVIL RIGHTS COMPLAINT

**FILED**

2005 OCT -7 P 3: 49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Karl - Paul
_____

257952
_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

**PRISONER**

v.

Case No. 3:03cv428 (AWT)
(To be supplied
by the court)

Gary - Bassett, Mailroom Clerk

Dennis - Jones, Direct. Security Division

Peter - Matos, Deputy Commissioner

Beth - Jankowski, Counselor.

_____

_____

_____
Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacities) (Do not use *et al.*)

### A. PARTIES

1. The plaintiff Karl - Paul _____ is a citizen of The United States ___ who
   (Plaintiff)                              (State)
presently resides at  59 Hartford Road, Brooklyn, CT. 06234 _____.
                    (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number:  257952 _____.

2. Defendant Gary - Bassett _____ is a citizen of The United States
            (name of first defendant)                        (State)

whose address is  59 Hartford Road , Brooklyn, CT. 06234 _____,

and who is employed as Brooklyn Correctional Institution  Mailroom Clerk

(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes _____ No. If your answer is "Yes," briefly explain:

I've went through the proper channel to order these magazines and they

approved these magazines and withdraw the money out of my account for

these magazines.

3. Defendant __Dennis - Jones_____ is a citizen of __The United States__
    (name of second defendant)                                                    (State)

whose address is __24 Wolcott Hill Road, Wethersfield, CT. 06109_____

and who is employed as __Director Security Division_____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes _____ No. If your answer is "Yes," briefly explain:

I've order these magazines before in the past with no problem and now

without no changes made to the administrative Directive 10.7 they just say

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

no that I could not have these magazines.

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    __X__    42 U.S.C. § 1983 (applies to state prisoners)

    _____    **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I have been order these Magazines before in the past with no problem. As in matter fact I do have some of the same magazines in my posession right now. I went to the Counselor Office Mrs. Beth – Jankowski to get them approve and once these magazines was approved, I fill out a money withdraw slip in oder to take the money out of my account and send it to the publishing company. Within 6 days my magazines arrived here and they hold them. I've wrote to the property room and they've told me that I should write the mailroom  and I did. I did get a response from the mailroom and he've told me that these magazines has been held for a review. They've held my magazines for a month and half and then decided no, I couldn't have them. They sent me a note saying that these magazines have been rejected and I appeal it only to get another note saying that these magazines was sent back to the company. Later on I find out that these magazines  was never return to the company and they kept them in the Warden's office.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:** I would really like them to reverse that idea and bring back

these magazines since they allow skin magazines in anyways. I really can't

see what is the big deal about these magazines.

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)   I had Inmates Legal assistance and the Ombudsman help me out with this one and we wrote several letters to the Deputy Commissioner Peter – Matos to see if we could reason with him, but no luck. The Ombudsman even pointed the fact to him that there hasn't been any changes made in the Administrative Directive 10.7 and he kept trying to rectified that fact. The date of this letter that I have in my hand right now stated 01-23-03. The Ombudsman name was Mr. Leonard W. Engle. I am pretty sure they all got record of that.

**Claim II:** In the future, if they decide to do something like this again

3

I would really appreciated it if they would put up some type of notice on the board or something.

Supporting Facts: I mean there was no type of warning or nothing, they just decide today is the day we going to stop them from getting these magazines I really don't think that it's fair for us that actually spending our money to these company. I know that if they were the one sending their money out like that.They would think twice about doing things like that.
As for them claiming that these magazines pose a threat to the security of the staff working in this envirement. Which I think is a load of crock because a while back when the Inmates was a lot violent toward the staff they was showing pornographic movies at Somers Correctional Institution and now all of the sudden it's a threat when things done get a whole lot calmer.

**Claim III:** Since the defendants have deprive and violated my Constitutional rights.I did everything according to the rules and regulations,but still I was step on because to them we're Inmates. Inmates don't have rights.

Supporting Facts: You know it's very often you've seen these cases in these types of envirements.They feel like since they're only Inmates,so what they're going to do.But you have to understand that every once in a while there will be an Inmate like me who will take them all the way and that is exactly what I intend to do.
I need to get compensated for the fact that these Defendants just disregard my right as a human being and they've decided to violated my Constitutional right and I do believe that they should pay for that just like when someone like me broke the law we have to pay,so should they!

### E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

_____Yes _X_ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

  a.  Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

  b.  Name and location of court and docket number_____

  c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?  Is it still pending?)
_____

  d.  Issues raised: _____

_____

  e.  Approximate date of filing lawsuit:_____

  f.  Approximate date of disposition: _____


2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  _X_ Yes _____ No.

    If your answer is "Yes," briefly describe how relief was sought and the results. I first begin with send in a request form and when I received the response then I filed a grevance level one and when the level one has been denied then I filed a level two and when the level two grevance was denied and the Warden himself wrote me back and told me that I couldn't file a level three grevance that was when I decide to file a lawsuit. You do have all that with the first package that I sent in a while back. You should have the request form and the grevances also in the first package that I sent you.


3.  I have exhausted available administrative remedies.  _X_ Yes _____ No.
    If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.
    If your answer is "No," briefly explain why administrative remedies were not exhausted.
I've wrote a request form to the Mailman and when I got the response then I file a level one grevance. When that was denied then I file a level two grevance. When the level two grevance was denied then I received a note from the Warden said that I couldn't file a level three grevance and that is when I've decided to file a lawsuit. I am pretty sure that you do have all this on file because I've sent you everything to you in that first package that I sent you.

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   If you are not incarcerated, go to section G.

   a.  Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

   b.  Name and location of court and docket number _____

   c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d.  Approximate date of filing lawsuit:_____

   e.  Approximate date of disposition: _____


2. Are you in imminent danger of serious physical injury?  _____ Yes _____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.


## G. REQUEST FOR RELIEF

I request the following relief:
```
1.) REFUND OF PUBLISHED PAID FOR MATERIAL, I.E. ALL MAGAZZINES
2.) PUNITIVE DAMAGES FOR HARRASMENT, AS WELL AS STRESS
3.) COURT COST AND ALL LEGAL FEE'S
4.) COMPENSATORY DAMAGES FOR VIOLATTION OF MY CIVIL RIGHTS
5.) AS WELL AS ANY ADDITIONAL RELIEF DEEMED NECESSARY BY THIS HONORABLE
    COURT
```

## H. JURY DEMAND

Do you wish to have a jury trial? Yes___X___   No_____

_____        *Karl - Paul*
Original signature of attorney (if any)         **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Brooklyn Correct. Inst._ on _09-26-05_____.
              (location)                (date)

                            *Karl - Paul*
                  **Plaintiff's Original Signature**

7

# Inmate Grievance Form B, Levels 2 and 3

CN 9601/2
Rev. 10/07/02

**Connecticut Department of Correction**

RECEIVED
JAN 12 2003
BY: ....................

RECEIVED
BY: ....................

RECEIVED
DEC 28 2002
BY: ....................

| Inmate Name KARL – PAUL | Inmate no. 257452 |
|---|---|

| Facility BROOKLYN C.I. | Housing unit B – 1B | Date 12-05-02 |
|---|---|---|

☒ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

| IGP no. 128-03-027 | T no. |
|---|---|

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level 1 decision because: I find out my magazines was rejected for a reason which is not nowhere in the administrative directive 10.7 and it's been two weeks since they were demide I haven't hear nothing from no one. I simply want what is mine.

| Inmate signature Karl – Paul | Date 12-05-02 |
|---|---|

## FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received 01/03/03 | Disposition Denied | Date of disposition 1/14 |
|---|---|---|

**Reasons** You are appealing a grievance denial for magazines. Warden Marcial answered your grievance appropriately. On 12/04/02 Warden Marcial denied your magazines due to its sexually explicit material, which by nature or content poses a threat to the security, well order or discipline of the facility or facilitates criminal activity. Sexually explicit material of the following types is to be excluded: (A) sado-masochistic; (B) bestiality; (C) involving children; (D) materials depicting sexual activity which involves use of force without the consent of one or more parties. Your grievance was thoroughly investigated. Your grievance appeal is denied.

**Level 2 reviewer**

☐ This grievance may be appealed within 5 days to Level 3

☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal.** I am appealing the Level 2 decision because:

| Inmate signature Karl – Paul | Date 12-05-02 |
|---|---|

Deposit your appeal in the box for inmate grievances

## FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

**Reasons**

**Level 3 reviewer**

*01/03/03*                                    **Denied**

*You are appealing a grievance denial for magazines. Warden Marcial answered your grievance appropriately. On 12/04/02 Warden Marcial denied your magazines due to its sexually explicit material, which by nature or content poses a threat to the security, well order or discipline of the facility or facilitates criminal activity. Sexually explicit material of the following types is to be excluded: (A) sado-masochistic; (B) bestiality; (C) involving children; (D) materials depicting sexual activity which involves use of force without the consent of one or more parties. Your grievance was thoroughly investigated. Your grievance appeal is denied.*

CN 9601
1-14-94

# Inmate Grievance Form A/Level 1
## Connecticut Department of Correcti...

| | |
|---|---|
| Inmate name KARL — PAUL | Inmate no. 257952 |
| Housing location BROOKLYN CORRECT. INST. | Date 11-05-02 |

☒ Line grievance    ☐ Line emergency    ☐ Health service grievance    ☐ Health emergency

| ...P no. | T no. |
|---|---|

**Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached:

**Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by-11-inch sheet of paper and attach to this form.) I am grieving the fact that my magazines are being held indefinately and unjustly by the review board since my three magazines were ordered and arrived at this facility (BCI) prior to any notification or posted memo stating that certain magazines would be held for review. I purchased my magazines on the 9-25-02. There was nothing posted on the board about magazines which w...

**Action requested.** Describe what action you want taken to remedy the grievance. I would like all of my magazines that are being held by the review board sent to me.

Inmate signature  Karl — Paul

**Remember:** Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY
### LEVEL 1 REVIEW

128-03-02

| Date received 11-14-02 | Disposition: DENIED | Date of disposition 12/3/02 |
|---|---|---|

Grievance issue: Magazines

**Reasons:**  Magazines cannot be released until Publications Review Committee approves them.

### *Publication Rejection Notice*

| | | | |
|---|---|---|---|
| **Inmate Name** | Paul, Karl/B19E | **Number:** | #257952 |
| **Facility:** | Brooklyn CI | **Date:** | 12/04/02 |
| **Name of Publication:** | Buttman – Volume 5 Number 2<br>Buttman – Volume 4 Number 4<br>Video View (no issue Number Listed) | **Date of Issue:** | |

In accordance with Section 18-82-39 of the Regulations of State Agencies, incoming materials which adversely affect a valid penological interest may be rejected. This notice must be sent to both the inmate and the publisher or sender. This rejection is appealable by the inmate or the publisher to the Commissioner or his designee within fifteen (15) days of receipt of this rejection notice.0

**Reason for Rejection of Issue:**

☐ It depicts or describes procedures for the construction or use of weapons, ammunition, bombs or incendiary devices;

☐ It depicts, encourages or describes methods of escape from correctional facilities or contains blueprints, drawings or similar descriptions of the Department of Correction's facilities;

☐ It depicts or describes procedures for the brewing of alcoholic beverages or the manufacture of drugs;

☐ It is written in code;

☐ It depicts, describes or encourages activities which may lead to the use of physical violence or group disruption.

☐ It encourages or instructs in the commission of criminal activity;

■ It is sexually explicit material, which by its nature or content poses a threat to the security, well order or discipline of the facility or facilitates criminal activity. A Unit Administrator shall determine that sexually explicit material of the following types is to be excluded: (A) sado-masochistic; (B) bestiality; (C) involving children; (D) materials depicting sexual activity which involves use of force without the consent of one or more parties.

➥ Other:

Unit Administrator: _____  Date: 12|04|02

Inmate's Signature: _____  Date: _____

***You have the right to appeal this decision to Director Vincent Santopietro within fifteen (15) days of receipt of this notice.***

Cc:  Mailroom
     Inmate

CN960
7-200



# CONNECTICUT DEPARTMENT OF CORRECTION
## BROOKLYN CORRECTIONAL INSTITUTION
## INMATE REQUEST FORM

**INMATE NAME:** Krebs — Paul     **NUMBER:** 257953   **UNIT:** B-11

**REQUEST ADDRESSED TO:** Mr Rivera      **DATE:** 10-22

**REQUEST:**

(CONTINUE ON BACK IF NECESSARY

**PREVIOUS ACTION TAKEN:**

**SUBMITTED TO:**                                    **DATE:**

**ACTED ON BY:**

**ACTION TAKEN AND/OR RESPONSE:** Can I please get up-dated 10.7 directives. My magazines were approved before the new committee in wethersfield Please see me.

Turns out that the up-dated directives have not come out yet. Until they do, inmates get notified of changes by memos (example enclosed) These are as good as changed directives because they are sent by these appointed by the Commissioner. The Commissioner makes directives

**STAFF SIGNATURE:** _____                 **DATE:** 10/23/07

CN960_
7-200_



# CONNECTICUT DEPARTMENT OF CORRECTION
## BROOKLYN CORRECTIONAL INSTITUTION
## INMATE REQUEST FORM

RECEIVED MAJORS OFFICE

OCT 22 2002

BROOKLYN CORRECTIONAL INSTITUTION

**INMATE NAME:** _____ **NUMBER:** _____ **UNIT:** _____

**REQUEST ADDRESSED TO:** Major _____ **DATE:** _____

**REQUEST:** I would simply like to remind you
that when they decide to put that memo
on the book my magazines was already
shipped and order and was send here from
Paper Wings L.t.d. if I did see that memo
before I would not waste $34 for something
I can't have. So please I need your help
please.
        thank you in advance .  (CONTINUE ON BACK IF NECESSARY)

**PREVIOUS ACTION TAKEN:** _____

**SUBMITTED TO:** Major Martin        **DATE:** 10-22-02

**ACTED ON BY:** Major Martin

**ACTION TAKEN AND/OR RESPONSE:** As was explained to you by
the Lt's on 10-21-02 your magazines are here, but per the
Director of the Commissary Office, must be reviewed based
on its contents I would ask that you be patient with
these new changes, and when a decision is reached you will
be notified.

**STAFF SIGNATURE:** _____ **DATE:** 10-23-02