UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


KARL PAUL

     v.                               PRISONER
                           Case No.    3:03CV428 (AWT)

DEPARTMENT OF
CORRECTION, ET AL.


_____ RULING AND ORDER

     The plaintiff's Motion for Extension of Time [**doc. # 17**] to file fourth amended

complaint is **GRANTED**.  To enable the United States Marshal to serve fourth amended

complaint on the defendants, the plaintiff is directed to complete the enclosed 285 U.S.

Marshal service forms.  The plaintiff is directed to complete ONE 285 form for each

defendant in his or her individual capacity at an address where the defendant may be

found.  The plaintiff is also directed to complete ONE 285 form to be served on the

defendants c/o Attorney General to be used to serve these defendants in their official

capacities.  The address for the Attorney General is 55 Elm Street, Hartford, CT 06105.

     The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of

Summons form and one Waiver of Service of Summons form for EACH defendant in

his or her official capacity and one Notice of Lawsuit and Waiver of Service of

Summons form and one Waiver of Service of Summons form for EACH defendant in

his or her individual capacity.  In addition, the plaintiff must submit **FIVE** copies of the

fourth amended complaint.

     The plaintiff shall complete and return the enclosed forms and copies of the

fourth amended complaint within twenty days of the date of this order.  The plaintiff is cautioned that failure to return the forms and/or copies of the fourth amended complaint in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT  06604, may result in the dismissal of this case as to any defendant for whom a form or copy is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal.  The U.S. Marshal is directed to serve the fourth amended complaint on the defendants in their official and individual capacities and to file a return of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance within **sixty (60)** days from the date he or she signs a waiver of service of summons.

SO ORDERED in Bridgeport, Connecticut, this 26th of October, 2005.


_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge