United States District Court
District Of Connecticut

FILED

2005 NOV -4 P 4:35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Karl - Paul No. 257952

V.

Civil Case No. 3:03cv428(AWT)(DFM)

Peter - Matos
Dennis - Jones
Beth - Jankowski
Gary - Bassett

Motion for Extention Of Time

I here by to declair that I need more time than the 20 days time limit that you provide me to send back Five copies of the fourth Amended Complain which I no longer have in my posession because you see that the fourth Amended Complain was sent to your office a while back. Now if you want to make the copies and attach them with these paper works which I have ready for you then it's all good for me, but if you want me to make those five copies of the fourth Amended Complain to send them back to you then you have to first send me the fourth Amended Complain back and then you have to give me some more time to make these copies for you and then send them back to you. Thank you in advance.

Sincerely: Karl - Paul    11-02-05

Mr. Karl - Paul  257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, CT. 06234