United States District Court
District Of Connecticut

Karl  Paul No. 257952

V.

Gary  Bassett
Beth  Jankowski
Dennis  Jones
Peter  Matos

FILED
2005 DEC 29  P 4: 26
U.S. DISTRICT COURT
BRIDGEPORT

Prisoner Case No.
3:03cv428(AWT)

## Motion For Appointed Counsel

I here by asking to the court to reconsider about finding me a lawyer as soon as posible because I don't want to mess up the only chance that I might have to present my case in front of the court. I have to admit the paperwork are getting real hard for me to do especially since I don't have any idea of what I am doing. I would really appreciate it if you would find me someone who wouldn't mind find some time to come up here to explain to me what is going on with my lawsuit and spend some time to help me out with some of the paperworks if any please. I would like to thank you in advance and may God bless you and your family.

Sincerely:    Karl Paul

*Karl Paul*

12-27-05

To: Clerk U.S. District Court
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT. 06604

Dear Person,

Hey Sir or Mrs. how is the family doing, fine I hope. As for myself I am feeling a little bit stress out of my mind. I've decided to write you today to let you know that I have been doing my absolutle best to find myself a lawyer to represent me with my lawsuit. I mean it's really hard for someone like me who don't have any kind of experiance with legal work to be doing this kind of legal work by myself without a lawyer. I did send in one last letter to this well known lawyer and this is his response to me. I will enclose the response that I got from him just so you could see that I have been trying. I would like to thank you in advance and may God bless you and your family.

Sincerely:    Karl

*Karl -Paul*

12-27-05

# LAW OFFICES OF
# NORMAN A. PATTIS, LLC

649 AMITY ROAD • PO BOX 280 • BETHANY, CT 06524
PHONE 203 393-3017 • FAX 203 393-9745

NORMAN A. PATTIS
KIM COLEMAN WAISONOVITZ

October 31, 2005

*CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE*
Karl Paul, Inmate #257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, CT 06234

Dear Mr. Paul:

I am willing to represent you in the case you have filed. Based on the pleading you sent me, there is still a good deal of work to be done in it. It is not quite as simple as simply walking into court to trial. I would charge a fee of $7,500 to take the case from this point forward.

Please let me know whether that is within reach, and I thank you for your confidence in me and in my firm.

Sincerely,

NORMAN A. PATTIS

NAP:dp

BY APPOINTMENT ONLY:

51 ELM STREET, THIRD FLOOR
NEW HAVEN, CT 06510

99 WHITFIELD STREET
GUILFORD, CT 06437