UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KARL PAUL

                                        PRISONER
    V.                          CASE NO. 3:03CV428 (AWT) (DFM)

DEPARTMENT OF CORRECTION, ET AL.

## RULING ON PENDING MOTIONS

The plaintiff is seeking an appointment of pro bono counsel pursuant to 28 U.S.C. § 1915. The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). The plaintiff indicates that he contacted one attorney who agreed to represent him if he paid the attorney a retainer to take the case. The plaintiff states that he is unable to afford the amount of the retainer. The plaintiff's one attempt to secure legal representation is insufficient to demonstrate that he is unable to find counsel without the court's assistance. Furthermore, although the Inmates' Legal Assistance Program may not be able to represent the plaintiff, the program is available to assist the plaintiff in answering questions concerning discovery issues, researching legal issues and drafting motions and memoranda.

The possibility that the plaintiff may be able to secure legal assistance or counsel independently precludes appointment

of counsel by the court at this time.  Accordingly, plaintiff's Motion for Appointment of Counsel [**doc. # 21**] is **DENIED** without prejudice.  Any renewal of a motion for appointment of counsel shall be accompanied by a summary of the plaintiff's attempts to obtain counsel or legal assistance from the Inmates' Legal Assistance Program.  The summary of attempts to obtain legal assistance should include the reasons why assistance was unavailable.

The plaintiff's Motion for Extension of Time **[doc. # 27]** to submit copies of the fourth amended complaint is **GRANTED**.  The plaintiff submitted the necessary copies in early January 2006.

SO ORDERED at Hartford, Connecticut, this 20th day of January, 2006.

/s/ Donna F. Martinez

Donna F. Martinez
United States Magistrate Judge