UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL PAUL | PRISONER<br>: CIVIL NO. 3:03CV428 (AWT)(DFM) |
| V. | : |
| BETH JANKOWSKI, DENNIS JONES,<br>GARY BASSETT, AND PETER MATOS | :<br>: MARCH 14, 2006 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in their official capacities <u>only</u>, in the above-captioned case.

Dated at Hartford, Connecticut, this 14th day of March, 2006.

DEFENDANTS
Beth Jankowski, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: terrence.oneill@po.state.ct.us
Federal Bar #ct10835

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ~~14th~~ 15th day of March, 2006:

Karl Paul, No. 257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, CT  06234

_____
Terrence M. O'Neill
Assistant Attorney General

2