United States District Court

District Of Connecticut



Karl Paul No. 257952

                                        Prisoner

        V.
                                Case No. 3:03CV428(AWT)

Gary Bassett

Dennis Jones

Peter Matos

Beth Jankowski


                Motion For Appointed Counsel.

 I hereby to declare to the Court that I need Counsel to guide me through

all of these paper works that I have to file with the Court. I mean that I

don't know anything about legal works and I think that it would be in our

best interest if the Court would appoint me with a Counsel as soon as the

Court can please. I've did everything that was required by the Court for

me to do and now I feel like I deserve to have my case in front of a Court

to be heard by a Judge and let the Judge and a Jury decide what happen after

that. I would really appreciate it if you would appoint me with Counsel. I

would like to thank you in advance.

                  *Karl - Paul*        02-28-06

Respectfully:   Karl  Paul  No.   257952
Brooklyn Correctional Institution
59   Hartford   Road
Brooklyn,   CT.    06234

# WILLIAMS, WALSH & O'CONNOR, LLC

Attorneys and Counselors at Law

## 110 Washington Avenue, Second Floor
## North Haven, CT 06473-1718

Telephone  (203) 234-6333

Facsimile  (203) 234-6330

www.williamswalshandoconnor.com

James G. Williams
*Kevin P. Walsh
Michael F. O'Connor
Scott R. Ouellette
Andrew G. Bombardier

**Lisa D. Galati (Of Counsel)

*Also admitted in MA and ME
*Board Certified Civil Trial Specialist


**Also admitted in NY

**February 20, 2006**

jwilliams@wwolaw.com
kwalsh@wwolaw.com
moconnor@wwolaw.com
souellette@wwolaw.com
abombardier@wwolaw.com

lgalati@wwolaw.com


LEGAL MAIL
Karl Paul
Inmate # 257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, Connecticut  06234

     Re:   3:03 CV 1428 (AWT)
           Karl Paul vs. Department of Correction, et al

Dear Mr. Paul:

     Thank you for your recent correspondence.  Please be advised that we do not do Fourth Amendment claims.  There is an attorney in New Haven who does them by the John Williams.  I hope all is well.

                         Yours very truly,

                         Michael F. O'Connor

MFO/sab

# ■ Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.
ROWENA A. MOFFETT

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT

OF COUNSEL:
SHARON KOWAL FREILICH

Kenneth Rosenthal
krosenthal@bswlaw.com
Direct Fax:  203-772-4008

February 22, 2006

Mr. Karl Paul #257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, CT 06234

Dear Mr. Paul:

Please be advised that this firm is unable at this time to represent you in your claim as outlined in your correspondence.

Sincerely,

*Kenneth Rosenthal*

Kenneth Rosenthal

KR/sj
Enclosure

Paul Ltr 2-22-06.doc

To: Atty. Michael O'Connor
    21 Washington Avenue
    North Haven, CT. 06473


From: Karl Paul No. 257952

    Dear Mr. Michael,

    I am writing you today to ask you to concider representing me in a
    Lawsuit which I've already file three years ago and I have already
    did filed all of the paper work needed for now. All I am asking of
    you is to help me to get this case in the court room. So I could
    have the Judge and a Jury hear my case and decide what is going to
    take place after that. I will be more than happy to pay you once I
    get paid. I would really like to thank you in advance and may God
    bless you and your family.



    Sincerely:    Karl

To: Atty. Cahill Goetsch & Dipersia
    43   Trumbull  Street
    New Haven,  CT.   06511


From:  Karl Paul No. 257952


    Dear Persons,

        I am writing you today to ask you to concider representing me
in a lawsuit that I filed three years ago. I've already did
filed all the paper work that is needed for now. I don't have
no idea of what I am doing and I don't want to mess things up.
So all I need you to do for me is to step in and help me to
bring my case in front of the court and let the Judge decide
what happen after that. I will be more than just happy to pay
you for your services as soon as I get paid. I would like to
thank you in advance and may God bless you and your family.


        Sincerely:  Karl

                *Karl Paul*

To: Atty. Brenner Saltzman & Wallman
    271 Whitney Avenue
    New Haven, CT. 06511

From: Karl Paul No. 257952

    Dear Persons,

        I am writing you today to ask you to concider representing me
    in a lawsuit that I filed three years ago. I've already did
    filed all of the paper work that was needed for now. So I need
    you to step in and help me to bring my case in front of the
    court and let the Judge decide what happen after that. I will
    be more than just happy to pay you for your services once the
    matter is settle. I would like to thank you in advance and may
    God bless you and your family.


        Sincerely:    Karl

To: Carmody & Torrance
   195  Church  Street
   New Haven,  CT.  06510



From:  Karl  Paul  #  257952


   Dear  Persons,

      I am writing to you today to ask you for some assistance with this Lawsuit that
      was filed three years ago. I've already filed all the paper works that was needed
      for the time being. I just don't want to mess up my only chance to have this case
      go in front of a Judge in a court room. That is the reason why I am writing to
      you today to ask you for your help by steping in and help me to do the rest. Since
      you're happen to know more about Legal work than I do please help me and I will
      pay you for your services as soon as this matter get settle. I will be looking
      forward to hear back from you real soon. I would like to thank you in advance
      and may God bless you and your family.



      Respectfully:  Karl  Paul  #  257952
      Brooklyn Correctional Institution
      59   Hartford   Road
      Brooklyn,  CT.   06234

To:   Offices of Williams H. Clendenen, Jr.
      P. O.  Box  301
      New Haven,  CT.    06502-0301



From:  Karl   Paul  #  257952



    Dear   Persons,


        I am writing you today to ask you for some assistance with this Lawsuit that
        was filed three years ago. I've already did all of the paper works that was
        needed for the time being. Since I don't know a whole lot about legal work
        which I am pretty sure that you do know a lot more about legal work than I
        do. So that is the reason why I am  writing you to ask you for your help by
        steping in and bring this matter in a court room in front of a Judge and let
        the Judge decide what happen after that. I can't afford to pay you now, but
        once the matter get settle than I will be more than happy to pay you for your
        services. I will be looking forward to hear back from you real soon. I would
        like to thank you in advance and may God bless you and your family.




        Respectfully:    Karl    Paul  #    257952
        Brooklyn Correctional Institution
        59   Hartford   Road
        Brooklyn,   CT.,    06234

To: Williams & Pattis
   51  Elm  Street
   Suite # 409
   New Haven,  CT.  06510


From:  Karl  Paul # 257952


   Dear Persons,

   I am writing you today to ask you for some assistance with this Lawsuit that I
   filed three years ago. I've already did all the paper work that was required
   for the moment. Since I really don't know anything about legal work and I don't
   want to make a mess out of everything. So that is the reason why I am asking you
   if you would please step in and help me to take this matter in front of a court
   room in order to let the Judge decide what happen after that. Once the matter
   get settle then I will be more than happy to pay you for your services. I would
   like to thank you in advance and may God bless you and your family.



   Respectfully :  Karl  Paul
   Brooklyn Correctional Institution
   59   Hartford   Road
   Brooklyn,  CT.  06234

To: Offices of Jonathan Einhorn
    412   Orange   Street
    New Haven,   CT.   06511


From:  Karl   Paul   #   257952


Dear   Persons,


I am writing you today to ask you for your assistance in this lawsuit that
was filed three years ago. Now I've already filed all of the paper works
that was required for now. Since I don't know much about legal work and I
don't want to risk my only chance on bringing this little matter in front
of the court to let a Judge decide what happen after that. So I've decide
to have a professional like you come in and take over. I don't have any
money to pay you at the moment, but as soon as this little matter get
settle I promise you that you'll get pay in full for your services. I will
be looking forward to hear back from you real soon. I would like to thank
you in advance and may God bless you and your family.


*Karl Paul*   02-25-06

Respectfully:   Karl   Paul   #   257952
Brooklyn Correctional Institution
59   Hartford   Road
Brooklyn,   CT.   06234

To: Carter Rubenstein & Civitello
   18  Trumbull Street
   New Haven,  CT.    06511


From:   Karl   Paul   #  257952


    Dear   Persons,


        I am writing you today to ask you for your assistance with this lawsuit that
        was filed three years ago. I've already did all of the paper works that was
        needed for the time being. Since I don't know much about legal work and I
        don't want to risk my only chance to bring this case in front of the court
        to have a Judge decide what happen after that. So I've decided to write you
        to ask you for your assistance with this little matter. I don't have any
        money to pay you right at this moment, but I promise you that once this
        little matter get settle I will be more than just happy to pay you for your
        services. I will be looking forward to hear back from you real soon. I would
        like to thank you in advance and may God bless you and your family.




        _Karl-Paul_    02-26-06
        Respectfully:  Karl Paul  # 257952
        Brooklyn Correctional Institution
        59   Hartford     Road
        Brooklyn,  CT.     06234

To: Evans, Feldman & Boyer
    261  Bradley  Street
    New Haven, CT.    06507

From:    Karl    Paul  #  257952

Dear  Persons,

I am writing you today to ask you for your assistance with this lawsuit that
was filed three years ago. I've already did all of the paper works that was
needed for the time being. Since I don't know much about legal works and I
don't want to risk my only chance of bringing this little matter in front of
a court room to have a Judge decide on what happen after that. So I am writing
you asking you to come in and take over. I don't have any money to pay you
right at this moment, but I promise you as soon as this little matter get
settle I will be more than just happy to pay you in full for your services.
I will be looking forward to hear back from you real soon. I would like to
thank you in advance and may God bless you and your family.

Respectfully :    Karl    Paul  #    257952    02-27-06
Brooklyn Correctional Institution
59   Hartford   Road
Brooklyn,   CT.    06234

TO:University of Connecticut
   Law School Civil Clinic
   65 Elizabeth Street
   Hartford, Ct. 06105


FROM: Karl Paul IM# 257952

    Dear persons,

        I am writing to you today to ask you to concider representing me in

        the following matter:

    1. I am looking to file a law suit in the matter of the D.O.C. and the

        Mailroom because of their disregard of the U.S. Constitutional rights

        that are afforded to Inmates in the State of Connecticut.

        I was charged for postage and the over charges were due to a mailroom

        clerk who over-charged me several times and then he has misdirected

        my magazines on several occassions.

        I also have a very serious matter which I would like to discuss with

        you via phone or in person.

                                        Respectfully Submitted

                                        Karl Paul #257952

                                        59 Hartford Rd.

                                        Brooklyn, Ct. 06234

                                        Brooklyn Corr. Inst.

                                        Karl-Paul

TO: Quinnipiac College Scool of Law
    Civil Clinic
    275 Mt. Carmel Ave.
    Hamden, Ct. 06518

FROM: Karl Paul IM# 257952

Dear persons,

I am writing to you today to ask you to concider representing me in

the following matter:

1. I am looking to file a law suit in the matter of the D.O.C. and the

Mailroom because of their disregard of the U.S. Constitutional rights

that are afforded to Inmates in the State of Connecticut.

I was charged for postage and the over charges were due to a mailroom

clerk who over-charged me several times and then he has misdirected

my magazines on several occassions.

I also have a very serious matter which I would like to discuss with

you via phone or in person.

                              Respectfully Submitted

                              Karl Paul #257952

                              59 Hartford Rd.

                              Brooklyn, Ct. 06234

                              Brooklyn Corr. Inst.

                              Karl Paul

TO: Law Offices of
    Wahla & Associates
    67 Russ Street
    Hartford, Ct. 06234

FROM: Karl Paul IM#257952

    Dear persons,

        I am writing to you today to ask you to concider representing me in

        the following matter:

    1. I am looking to file a law suit in the matter of the D.O.C. and the

        Mailroom because of their disregard of the U.S. Constitutional rights

        that are afforded to Inmates in the State of Connecticut.

        I was charged for postage and the over charges were due to a mailroom

        clerk who over-charged me several times and then he has misdirected

        my magazines on several occassions.

        I also have a very serious matter which I would like to discuss with

        you via phone or in person.

                                     Respectfully Submitted

                                     Karl Paul #257952

                                     59 Hartford Rd.

                                     Brooklyn, Ct. 06234

                                     Brooklyn Corr. Inst.

TO: Tegan Blackburn
    9 Avonwood Rd.
    Avon,  Ct. 06001


FROM: Karl Paul IM# 257952

    Dear persons,

        I am writing to you today to ask you to concider representing me in

        the following matter:

    1.  I am looking to file a law suit in the matter of the D.O.C. and the

        Mailroom because of their disregard of the U.S. Constitutional rights

        that are afforded to Inmates in the State of Connecticut.

        I was charged for postage and the over charges were due to a mailroom

        clerk who over-charged me several times and then he has misdirected

        my magazines on several occassions.

        I also have a very serious matter which I would like to discuss with

        you via phone or in person.

                            Respectfully Submitted

                            Karl Paul #257952

                            59 Hartford Rd.

                            Brooklyn, Ct. 06234

                            Brooklyn Corr. Inst.

                            Karl-Paul

TO: Brown Paindiris & Scott
    100 Pearl Street
    Hartford, Ct. 06103


FROM: Karl Paul IM#257952

Dear persons,

I am writing to you today to ask you to concider representing me in the following matter:

1. I am looking to file a law suit in the matter of the D.O.C. and the Mailroom because of their disregard of the U.S. Constitutional rights that are afforded to Inmates in the State of Connecticut.

I was charged for postage and the over charges were due to a mailroom clerk who over-charged me several times and then he has misdirected my magazines on several occassions.

I also have a very serious matter which I would like to discuss with you via phone or in person.

Respectfully Submitted

Karl Paul #257952

59 Hartford Rd.

Brooklyn, Ct. 06234

Brooklyn Corr. Inst.

Karl Paul