| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Karl - Paul No. 257952 | COURT CASE NUMBER **PRISONER**<br>3:03cv428(AWT)(DFM) ||
| DEFENDANT<br>Beth - Jankowski | TYPE OF PROCESS<br>Complaint ||
| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Beth - Jankowski Counselor for Department of Correction ||
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>251 Middle Tpke  Storrs, CT. 06268 ||

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | | |
|---|---|---|
| KARL - PAUL No. 257952<br>Brooklyn Correctional Institution<br>59 Hartford Road<br>Brooklyn, CT. 06234 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"I am suing a State Official Individual and Official Capacity/IFP"

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Karl -Paul* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11-03-05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>*G.L.W.* | Date<br>1/11/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. ||
|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time   am / pm |
| | Signature of U.S. Marshal or Deputy<br>*G/W* ||

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Mailed - 1/18/06

Returned 3/10/06 - Unexecuted

(stamp: OPEN / CLOSED / DIS 1/18/06 3/10/06)

| PRIOR EDITIONS<br>MAY BE USED | 1. **CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|---|---|
| PLAINTIFF<br>Karl - Paul No. 257952 | | | | COURT CASE NUMBER **PRISONER**<br>3:03cv428(AWT) (DFM) | |
| DEFENDANT<br>Peter - Matos | | | FILED<br>2006 APR 17 P 12: 45 | TYPE OF PROCESS<br>Complaint | |
| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Peter - Matos Deputy Commissioner of Department Correction<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>24 Wolcott Hill Road Wethersfield, CT. 06109 | | | | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>KARL - PAUL No. 257952<br>Brooklyn Correctional Institution<br>59 Hartford Road<br>Brooklyn, CT. 06234 | | | Number of process to be served with this Form - 285 | | 1 |
| | | | Number of parties to be served in this case | | 4 |
| | | | Check for service on U.S.A. | | X |
| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):<br>I am suing a State Official individual and Official Capacity/IFP". | | | | | |
| Signature of Attorney or other Originator requesting service on behalf of:<br>Karl - Paul | | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | | DATE<br>11-03-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>Q.L.W. | Date<br>1/24/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service / Time / am / pm |
| | | Signature of U.S. Marshal or Deputy |
| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee / Total Charges / Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

OPEN CLOSED JDIS 1/24/06 3/10/06

REMARKS:
Mailed 1/10/06 1/24/06
Returned 3/10/06 ~ Unexecuted

| PRIOR EDITIONS<br>MAY BE USED | 1. **CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|