UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| KARL PAUL | : | PRISONER<br>CIVIL NO. 3:03CV428 (AWT)(DFM) |
| v. | : |  |
| GARY BASSETT, ET AL., | : | APRIL 27, 2006 |

### ANSWER AND AFFIRMATIVE DEFENSES

The defendants, Gary Bassett, Dennis Jones, Peter Matos and Beth Janikowski, file their answer and affirmative defenses to the plaintiff's complaint filed October 7, 2005.

**A. Parties**

1. Admitted.

2. The defendants admit that defendant Bassett is employed at the Brooklyn Correctional Institution. The remaining allegations of the paragraph are denied.

3. The defendants admit that defendant Jones, at all relevant times, was the Director of Security for the Department of Correction. The remaining allegations of the paragraph are denied.

**B. Jurisdiction**

1. The plaintiff is left to his proof.

2. The plaintiff is left to his proof.

**C. Nature of the Case**

The defendants deny the material allegations in the plaintiff's narrative explanation of his case.

**D. Cause of Action**

The defendants deny the allegations in Claims I, II and III as set forth in his complaint.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's complaint fails to state a claim upon which relief can be granted and should be dismissed.

**SECOND AFFIRMATIVE DEFENSE**

The defendants, in their individual capacities, are entitled to qualified immunity since, at all relevant times, their actions comported with those of an objectively reasonable correctional official and they did not knowingly violate any of the plaintiff's clearly established constitutional rights. Alternatively, the purported constitutional right implicated by the plaintiff's claims was not clearly established at the time of the events giving rise to this action.

                    DEFENDANTS:
                    GARY BASSET, ET Al.,

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL


BY:       /s/_____
                    Terrence M. O'Neill
                    Assistant Attorney General
                    110 Sherman Street
                    Hartford, CT  06105
                    Federal Bar #ct
                    E-Mail:  name@po.state.ct.us
                    Tel: (860) 808-5450
                    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of April, 2006:

Karl Paul, No. 257952
Brooklyn CI
59 Hartford Road
Brooklyn, CT 06234

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General