United States District Court
District Of Connecticut

FILED

2006 MAY -3 P 3: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Mr. Karl Paul No. 257952

V.

Prisoner Case No.
Civil No. 3:03CV428(AWT)(DFM)

Mr. Gary Bassett
Mr. Dennis Jones
Mr. Peter Matos
Mrs. Beth Jankowski

Motion For Extention Of Time.

   I Hereby to declare to the Court that since I don't have myself a lawyer to reply on my behalf. Which mean I have to find someone with legal skills to reply on my behalf. I am asking the Court to give me 90 days to find someone that is fit to file my motion on why I think that the Court shouldn't dismiss my lawsuit. Thank you in advance.

*Karl Paul*

Respectfully: Karl Paul No. 257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, CT. 06234

Certification

I hereby certify that a copy of the foregoing was mail to the following on this 29th day of April, 2006.

Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT. 06105-2294

Mr. Karl Paul No. 257952