United States District Court
District Of Connecticut

Mr. Karl Paul No.257952  :
                         :
       V.                :
                         :             Prisoner
Mr. Gary Bassett         :   Civil No. 3:03cv428(AWT)(DFM)
Mr. Dennis Jones         :
Mr. Peter Matos          :
Mrs. Beth Jankowski      :
                         :

Response to the motion for Dismissal File by the Attorney General. I hereby to declare to the Court that I would really appreciate it if the Court would allow my case to continue without prejudice. For the ground to dismiss my case is preposterous. I know that I don't know much about what I am doing, but I know one thing the Defendants could denied their doings all they want to while I am holding all these evidences that would tell a whole different story. I feel like you shouldn't let the Defendants get away with that because if you do let them get away with it then they'll feel like just because they do have a job with the States that they're suppose to be above the law. Now they could denied the whole thing never happen, but I did submit evidences with the Court that will say different. I've went through the proper procedure to order these magazines like I have did in the past and always get my magazines.

1. I've went to the Counselor which was Mrs. Beth Jankowski to have the Clothing Package Form Approved and she and the Counselor Supervisor did approved it for me.

2. I've filled out a money withdraw slip to take the money out of my account and she and the counselor Supervisor approved it. The money was taken out of my account and was sent to the company for these magazines.

I know that the Court should have all these evidences. So I really don't know why the Defendants are now denying that. All I am asking the Court for a chance to prove to the Court who is right and who is wrong.

Respectfully: Karl Paul No. 257952
Brooklyn Correctional Institution
59   Hartford   Road
Brooklyn,   CT.   06234

Certification Of Service

I hereby to certify to the Court that a copy of this response to the motion for dismissal filed by the Attorney General Mr. Richard Blumenthaul was sent to the following name and address on this date 05/22/06.

Righard Blumenthaul
Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT. 06105-2294

*Karl Paul*
Karl Paul No. 257952