United States District Court

District Of Connecticut

Mr. Karl Paul No. 257952        :
                                :
                                :         Prisoner
    V.                          :    Civil No. 3:03cv428(AWT)(DFM)
                                :
                                :
Mr. Gary Bassett                :
Mr. Dennis Jones                :
Mr. Peter Matos                 :
Mrs. Beth Jankowski             :
                                :
                                ;


Motion For Appointed Counsel

   I hereby to declare to the Court that I have tryied on my own to find my-
self a lawyer to take over my case and I was unsuccessful with every last
letters that I have sent out to these 15 lawyers that I have wrote too so
far. So I am here pleading to the Court to find me a lawyer who wouldn't
mind to take over my case and if he is successful then after the settle-
ment I will be more than happy to pay him his money. Thank you in advance.


*Karl Paul* (signature)

Respectfully: Karl Paul No. 257952
Brooklyn Correctional Institution
59 Hartford Road
Brooklyn, CT. 06234

Certification Of Service

I hereby to certify that a copy of this motion was sent to the following name and address on this date 06/06/06.

Asst. Attorney General
Terrence M. O'Neill
110 Sherman Hall
Hartford, CT. 06105-2294

*Karl Paul*
Karl Paul No.257952

Tegan Blackburn
9 Avonwood Road
Avon, CT. 06001
(860) 676-2500

Brenner Saltzman & Wallman
271 Whitney Avenue
New Haven, CT. 06511
(203) 772-2600

Brown Paindiris & Scott
100 Pearl Street
Hartford, CT. 06103
(860) 522-3343

Cahill Goetsch & DiPersia
43 Trumbull Street
New Haven, CT. 06511
(203) 777-1000

Carmody & Torrance
195 Church Street
New Haven, CT. 06510
(203) 777-5501

Carter Rubenstein & Civitello
18 Trumbull Street
New Haven, CT. 06511
(203) 782-6444

Offices of William H. Clendenen, Jr.
P. O. Box 301
New Haven, CT. 06502-0301
(203) 787-1183

Offices of Jonathan Einhorn
412 Orange Street
New Haven, CT. 06511
(203) 777-3777

Evans, Feldman & Boyer
261 Bradley Street
New Haven, CT. 06507
(203) 772-4900

McNerney,Fitzgerald,Tiernan & Burns
59 Elm Street , P. O. Box 1767
New Haven, CT. 06507
(203) 562-3111

Law Office of wahla & Associates
67 Russ Street
Hartford, CT. 06103
(860) 246-3232

Williams & Pattis
51 Elm Street
Suite No. 409
New Haven, CT. 06510
(203) 562-9931

University of Connecticut Law School
Civil Clinic
65 Elizabeth Street
Hartford, CT. 06510
(860) 241-4679

Quinnipiac College School of Law
Civil Clinic
275 Mt. Carmel Avenue
Hamden, CT. 06518
(203) 287-3238

Williams Walsh & O'Connor LLC
110 Washington Avenue
2nd Floor
North Haven, CT. 06473-1718