United States District Court
District Of Connecticut

FILED
2006 SEP 14 P 1:35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Mr. KARL - PAUL #257952

Prisoner Civil Case:

V.

Docket Number:
3:03CV00428(AWT)(DFM)

Mr. Gary - Bassett
Mr. Dennis - Jones
Mr. Peter - Matos
Mrs. Beth - Jankowski

Motion for Appointment for Counsel

I hereby to declare to the Court that I have served my full criminal sentence and I am due to be released any day now. At this moment I currently being held by Immigration detainer, and that when the detainer is lifted then I will be released and Inmates Legal Assistance Program will no longer assist me. Also if I happen to get transfer to a different Immigration facility outside of Connecticut then Inmates Legal Assistance Program will not be able to assist me. So therefore I really do need an attorney to help me with this little matter. please.

Karl - Paul                09/12/06
Respectfully: KARL - PAUL # 257952
Osborn Correctional Institution
335 Bilton Road, P.O. Box 100
Somers, CT. 06071

Certification Of notice

I hereby to certify that a copy of this Motion was sent to the following name and address on this date 09/12/06.

Mr. Terrence M. O'Neill, Esq.
Office of the Attorney General
110 Sherman Street
HARTFORD, CT. 06105

Respectfully Submitted

Karl-Paul
Inmate # 257952
Osborn. Correct. Inst.
335 Bilton Road
P.O. Box 100
Somers, CT. 06071

LAW OFFICES
OF
SYDNEY T. SCHULMAN

INMATES' LEGAL ASSISTANCE PROGRAM

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Caulfield

September 8, 2006

Mr. Karl Paul
Inmate #257952
Osborn Correctional Institution
100 Bilton Road
P.O. Box 100
Somers, Connecticut 06071

Dear Mr. Paul:

This letter is to acknowledge that your correspondence dated August 28, 2006, was received by Inmates' Legal Assistance Program ("ILAP") on August 30, 2006, as well as to acknowledge our legal call on September 7, 2006. In both your correspondence and during our conversation you requested assistance with your §1983 claim concerning rejection of your adult publications.

As we discussed, I have enclosed one original and one copy of interrogatories and production requests which you may want to use as is, or to use as a guide to craft your own. Note that your deadline for submitting these to the defendants is looming so if you wish to add to or alter these you should do so quickly.

If you use the enclosed, sign and date where indicated. Send the originals to Attorney O'Neill at the Attorney General's Office and retain the copy for your records. Note that you need not send a copy to the court. Because of the time constraints and your concern about not getting an appropriate sized envelope, I have, as a courtesy this one time only, enclosed an envelope you can use to mail your discovery request to Attorney O'Neill. You will need to provide the postage.

You inquired about having the court appoint an attorney to represent you. As discussed, based on previous court orders, it seems that the court wants you to explain why ILAP cannot assist you with your claim. Should you file another Motion for Appointment for Counsel, you should address this issue. That is, you should explain that ILAP's contract prevents ILAP from assisting you once you are released and that you are due to be released any day now. You should explain that you have served your full criminal sentence, are currently being held by immigration detainer, and that when said detainer is lifted, you will be released and ILAP will no longer assist you. You should also mention that if you continually detained but transferred to a different immigration 'facility' outside of Connecticut, ILAP will not be able to assist you since ILAP. You

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP

Mr. Karl Paul
September 8, 2006
Page 2 of 2

should also reiterate your previous attempts at retaining an attorney.

If you have any questions about the above, or any other civil matter dealing with conditions of confinement, please feel free to contact ILAP again.

Sincerely,

Jenna M. Caulfield,
Staff Attorney

Enclosures