2006 OCT 19 P 5:08

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARL PAUL<br>*Plaintiff* | : | DOCKET NO. 3:03CV00428 (AWT) (DFM) |
| V. | : | |
| DOC, ET AL.,<br>*Defendants* | : | OCTOBER 16, 2006 |

### REQUEST FOR SETTLEMENT CONFERENCE

The plaintiff respectfully requests a settlement conference in regard to the above referenced matter.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

*Karl Paul*
Mr. Karl Paul, PRO SE
Inmate #257952
Osborn Correctional Institution
100 Bilton Road
P.O. Box 100
Somers, Connecticut 06071

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel of record the 30 day of September, 2006:

Terrence M. O'Neill, Esq.
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

*Karl Paul*
Karl Paul, PRO SE