United States District Court
District Of Connecticut

FILED
2007 JAN -5 P 3: 10
U.S. DISTRICT COURT

KARL - PAUL # 2007436

VS.

Gary - Bassett
Dennis - Jones
Beth - Janekowski
Peter - Matos

Prisoner
Civil No. 3:03 CV 428 (AWT)(DFM)

Motion for the need of Legal Services.

I've spoke with Mrs. Jenna - Caulfield from Inmates Legal Assistance Program on the 12/22/06. I've told her about my recent transfer to Wyatt Detention Facility and she told me due to the fact I am no longer an Inmate in Connecticut Prison system, she can't no longer be of any assistance to me. So I am here beggin your honor to deeply reconsider on finding me Legal Counsel as soon as you can please.

Respectfully: KARL - PAUL # 2007436
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

Karl - Paul  01/01/07

United States District Court
District Of Connecticut

KARL - PAUL # 2007436

VS.

Gary - Bassett
Dennis - Jones
Beth - Janekowski
Peter - Matos

Prisoner
Civil No. 3:03CV428(AWT)(DFM)

FILED
2007 JAN -5 P 3:10

Motion for refusal of response to my Discovery.
I hereby to declare to the Court that I sent a Discovery to the Defendants Lawyer on the 09/12/06 and I ask for a response in 30 days. Now today is 01/01/07 and I still haven't received any response yet. So I asked your Honor, Do you think it's fair?

Karl - Paul 01/01/07

Respectfully: KARL - PAUL # 2007436
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

Certification Of Service.

I hereby to certify that a copy of these motions was sent to the following name and address on the 01/01/07.

Mr. Terrence - O'Neill
Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT. 06105-2294

Karl - Paul 01/01/07.