UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NOV 2 1 2005

| | | |
|---|---|---|
| KARL PAUL | : | PRISONER |
| | : | CASE NO.  3:03cv428(AWT)(DFM) |
| V. | : | |
| DOC, et al | : | |

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

11-08-05
Date

_Karl - Paul_
Signature of Plaintiff(s)

KARL - PAUL
Printed/Typed Name

12/22/06
Date

_[signature]_
Signature of Defendant(s)

Terrence M. O'Neill
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

DEC 2 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KARL PAUL                          :

   v.                              :    CASE NO. 3:03CV428 (AWT)

DEPARTMENT OF CORRECTIONS          :

ORDER OF TRANSFER

In the interest of justice, and upon consent of the parties, the above identified case is hereby transferred to __Magistrate Judge Donna F. Martinez__. All further pleadings or documents in this matter should be filed with the Clerk's Office in __Hartford__, and shall bear the docket number 3:03CV428 (DFM). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)]

Dated at Hartford, Connecticut this 10th day of January, 2007.

                                        Alvin W. Thompson
                                    United States District Judge