UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL PAUL | PRISONER<br>: CIVIL NO. 3:03CV428 (DFM) |
| V. | : |
| DEPARTMENT OF CORRECTION,<br>ET AL. | :<br>: FEBRUARY 16, 2007 |

### DEFENDANTS' MOTION FOR DISMISSAL FOR FAILURE TO PROSECUTE

The plaintiff, an inmate proceeding pro se, brought this civil rights action against several correctional officials, arising from decisions to deny the plaintiff access to certain pornographic materials he had ordered through the mail for delivery to him at a correctional facility. By Order dated January 16, 2007, the court ordered that the parties participate in a telephonic status conference, scheduled for 10:00 A.M. on February 16, 2007. Counsel for the defendants attempted to contact the plaintiff to participate in the telephone conference, and in the course of those efforts learned that the plaintiff had been deported by the Department of Homeland Security on January 31, 2007. Defendants' counsel's last contact with Mr. Paul was by mail on December 19, 2006, wherein Mr. Paul reported a change of address at the Wyatt Detention Facility in Central Falls, RI. Since that date, defendants' counsel has had no contact with the plaintiff. Neither the Wyatt Detention Facility, the Department of Homeland Security nor the Connecticut Department of Correction possess a forwarding address for the plaintiff.

Wherefore, pursuant to Local Rule 41, the defendants request the Court to dismiss the plaintiff's case based on the plaintiff's failure to prosecute.

DEFENDANTS:
Department of Correction, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct10835
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: terrence.oneill@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 16th day of February, 2007:

Karl Paul, No. 2007436
Wyatt Detention Facility
950 High Street
Central Falls, RI 02836

_____
Terrence M. O'Neill
Assistant Attorney General

2