UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 MAR 29  A 11: 43

| | |
|---|---|
| KARL PAUL | : |
| Plaintiff, | |
| v. | : CASE NO. 3:03CV428 (DFM) |
| DOC, BETH JANKOWSKI, DENNIS JONES, GARY BASSETT, PETER MATOS, Deputy Comm., | |
| Defendants. | : |

### JUDGMENT

This action having come on for consideration of the Defendant's motion to dismiss for failure to prosecute pursuant to D. Conn. L. Civ. R. 41. (doc. #42) before the Honorable Donna F. Martinez, United States Magistrate Judge, and

The Honorable Donna F. Martinez having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling on March 27, 2007, granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants' and the case shall be dismissed without prejudice for the reasons set forth in the defendants' motion.

Dated at Hartford, Connecticut, this 29th day of March, 2007.

KEVIN F. ROWE, CLERK

By_
   Robert K. Wood
   Deputy Clerk